BEFORE: STEVEN I. LOCKE                               DATE: 2/27/2020
UNITED STATES MAGISTRATE JUDGE              TIME: 9:30 am

# CRIMINAL CAUSE FOR VALUATION HEARING

**DOCKET No. CR 18-522(SJF) USA v. ANCHOR FROZEN FOODS INC. et al**

FILED
CLERK
2/27/2020 2:13 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Anchor Frozen Foods, Inc.**            **DEF. # 1**
☐ Present   ☒ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Joseph Conway
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: Advanced Frozen Foods, Inc.**          **DEF. # 2**
☐ Present   ☒ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Richard Langone
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: Roy Tuccillo Sr.**          **DEF. # 3**
☐ Present   ☒ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Joseph Conway
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: Roy Tuccillo Jr.**          **DEF. # 4**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Surrender

**DEFENSE COUNSEL**: Richard Langone
☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**: Ryan Connors

FTR LOG : 9:35-10:37; 10:45-12:12;1:19- 1:39          MAGISTRATE DEPUTY: KMG

☒   Case called        ☒   Counsel for all sides present

☒   Sentencing is scheduled for **5/19/2020 at 11:15 am in front of District Judge Sandra J. Feuerstein.**

Defendants   ☒  Remains on Bond;   ☐   Remains in Custody.

OTHER: Valuation hearing held on 2/27/2020.

Witnesses sworn, Exhibits, on consent have been entered on the record.

<u>Government Witnesses</u>

<u>Special Agent, James Cassin sworn and testified</u>

<u>Bob Harris, C.P.A., sworn and testified</u>

<u>The Government rests.</u>

<u>Defense Witnesses</u>

<u>Special Agent Polentino</u>

<u>Defense rests.</u>